**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Central District of California
(State)

Case number (if known): _____ Chapter 7



FILED
APR 21 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

☐ Check if this is an amended filing

## Official Form 205
# Involuntary Petition Against a Non-Individual    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:   EIDC Ltd Trust

   ☒ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**   EIDC Ltd Trust

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**   ☒ Unknown

   EIN _ _ – _ _ _ _ _ _ _

5. **Debtor's address**

   Principal place of business:
   APN 3081 018 018
   Number    Street
   VAC/VIC AVE U12/185 STE
   BLACK BUTTE    CA    93591
   City    State    ZIP Code

   Los Angeles
   County

   Mailing address, if different:
   Number    Street
   P. O. Box 931265
   P.O. Box
   Los Angeles    CA    90093 (09903)
   City    State    ZIP Code

   Location of principal assets, if different from principal place of business
   Number    Street
   _____
   City    State    ZIP Code

Official Form 205    Involuntary Petition Against a Non-Individual    page 1

Debtor  **EIDC Ltd Trust**   Case number (if known) _____
        Name

6. **Debtor's website (URL)**   N/A

7. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☒ Other type of debtor. Specify: Form unknown

8. **Type of debtor's business**

   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the types of business listed.
   - ☒ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☒ No
   - ☐ Yes. Debtor N/A _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                       MM / DD / YYYY

     Debtor N/A _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                       MM / DD / YYYY

**Part 3:  Report About the Case**

10. **Venue**

    Check one:
    - ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    - ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☒ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205            Involuntary Petition Against a Non-Individual            page 2

Debtor __EIDC Ltd Trust._____    Case number (if known)_____
         Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Prosper Group | Unpaid Debt | $ 1,000.00 |
| CAD Group | Unpaid Debt | $ 1,500.00 |
| BMA Group | Unpaid Debt | $ 1,100.00 |
| | Total of petitioners' claims | $ 3,600.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
__Prosper Group_____
Name
__723__ __Casino Center Drive_____
Number    Street
__Las Vegas_____ __NV_____ __89101__
City                State         ZIP Code

Name and mailing address of petitioner's representative, if any
__Business Services Group_____
Name
__1605 W. Olympic Blvd, Ste 9058_____
Number    Street
__Los Angeles_____ __CA_____ __90015__
City                State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04 10/2023__
            MM / DD / YYYY

X _[signed]_____
Signature of petitioner or representative, including representative's title

**Attorneys**

__N/A_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____ _____ _____
City                State      ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

Debtor **EIDC Ltd Trust**
Name

Case number (if known) _____

**Name and mailing address of petitioner**

CAD Group
Name

723 Casino Center Drive
Number  Street

Las Vegas            NV       89101
City                 State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

Business Services Group
Name

1605 W. Olympic Blvd, Ste 9058
Number  Street

Los Angeles          CA       90015
City                 State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04 2023
           MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

N/A
Printed name

_____
Firm name, if any

_____
Number  Street

_____
City            State    ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
           MM / DD / YYYY

---

**Name and mailing address of petitioner**

BMA Group
Name

723 Casino Center Drive
Number  Street

Las Vegas            NV       89101
City                 State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

Business Services Group
Name

1605 W. Olympic Blvd. Ste 9058
Number  Street

Los Angeles          CA       90015
City                 State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/10/2023
           MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

N/A
Printed name

_____
Firm name, if any

_____
Number  Street

_____
City            State    ZIP Code

Contact phone 3233251633  Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
           MM / DD / YYYY

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>BMA GROUP ET AL<br>c/o: BUSINESS SERVICES GROUP<br>1605 W. OLYMPIC BLVD. STE 9058<br>LOS ANGELES, CA 90015<br><br>☐ Attorney for Petitioning Creditor(s)<br>☑ Petitioning Creditor(s) appearing without attorney | FOR COURT USE ONLY<br><br>**RECEIVED**<br>APR 21 2023<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:          Deputy Clerk |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>EIDC, Ltd<br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN INVOLUNTARY BANKRUPTCY CASE** |
|---|---|

To the above-named debtor(s):

Pursuant to 11 U.S.C. § 303, an involuntary petition was filed on __4/21/2023__ in this bankruptcy court praying for the entry of an order for relief against you under chapter __7__ of title 11 of the Bankruptcy Code. A copy of the involuntary petition accompanies this summons.

A status conference in the involuntary case commenced by the involuntary petition has been set for:

| Hearing Date: | Place: |
|---|---|
| Time: | ☑ 255 East Temple Street, Los Angeles, CA 90012 |
| Courtroom: | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
|  | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
|  | ☐ 411 West Fourth Street, Santa Ana, CA 92701 |
|  | ☐ 1415 State Street, Santa Barbara, CA 93101 |

If you wish to oppose the entry of an order for relief, you must file with the clerk of this court an answer to the involuntary petition or a motion pursuant to FRBP 1011(c) within 21 days after the date of service of this summons and attached involuntary petition, plus 3 additional days if you were served by mail. At the same time, you must also serve a copy of the answer or motion on the petitioner's attorney (or on the petitioner, if the petitioner does not have an attorney) at the address stated above. If you file a motion under FRPB 1011(c), your time to answer the petition will be governed by that rule.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                            Page 1                                    F 1010-1.SUMMONS.INVOL

**TO THE DEBTOR:**

IF YOU FAIL TO TIMELY FILE A RESPONSE TO THIS SUMMONS, THE BANKRUPTCY COURT MAY ENTER AN ORDER FOR RELIEF IN ACCORDANCE WITH 11 U.S.C. § 303(h).

**TO THE PETITIONING CREDITOR(S):**

IF YOU FAIL TO TIMELY SERVE THE SUMMONS AND INVOLUNTARY PETITION AND/OR TO FILE PROOF OF SERVICE OF DOCUMENT THEREOF WITH THE COURT OR TO APPEAR AT THE STATUS CONFERENCE, THIS INVOLUNTARY CASE MAY BE DISMISSED IN ACCORDANCE WITH LBR 1010-1.

KATHLEEN J. CAMPBELL
CLERK OF COURT

Date: _____          By: _____
                                    Deputy Clerk

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                Page 2                F 1010-1.SUMMONS.INVOL

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. **My** business address is:


A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN INVOLUNTARY BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Date          Printed Name                              Signature